Certificate Number: 03088-PAE-DE-035581645

Bankruptcy Case Number: 21-10486



03088-PAE-DE-035581645

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>April 18, 2021</u>, at <u>8:18</u> o'clock <u>AM CDT</u>, <u>Swadesh R Bhattacharje</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 18, 2021</u>              By:  <u>/s/Lorenza Rodriguez</u>

Name:  <u>Lorenza Rodriguez</u>

Title:  <u>Counselor</u>