# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-10486-ELF

SWADESH R. BHATTACHARJE

1276 NEEDHAM CIRCLE

HATFIELD, PA 19440

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SWADESH R. BHATTACHARJE

    1276 NEEDHAM CIRCLE

    HATFIELD, PA 19440

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 5/12/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee