IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Swadesh R. Bhattacharje | : | Chapter 13 |
| | : | Case No: 21-10486-ELF |
|    Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation (Docket Entry: 24) and respectfully request that the Order attached to the Application be approved.

Dated: August 23, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1500 JFK Boulevard Suite #220
Philadelphia, Pa 19102
215-545-0008